**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6826**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

BRIAN GALE,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (4:17-cr-00047-RAJ-RJK-1)

_____

Submitted: September 9, 2021          Decided: September 14, 2021

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Gale, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Gale appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *United States v. Gale*, No. 4:17-cr-00047-RAJ-RJK-1 (E.D. Va. May 12, 2021); *see also United States v. High*, 997 F.3d 181, 190-91 (4th Cir. 2021) (discussing explanation requirements for compassionate release decision); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) (limiting appellate review to issues raised in informal brief). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*